## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 8:26-cv-00093-JDE | Date | February 27, 2026 |
|---|---|---|---|
| Title | Jesus Garcia v. VF One Stop Auto Parties, Inc., et al. | | |

Present: The Honorable    John D. Early, United States Magistrate Judge

| Amber Rodriguez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| n/a | n/a |

**Proceedings:**    (In Chambers) Order re Notice of Settlement (Dkt. 8)

On February 26, 2026, Plaintiff filed a Notice of Settlement advising that the parties have "settled . . . the entire case" and requests the Court grant Plaintiff 30 days to file "dispositional documents." Dkt. 8 ("Notice").

The Court GRANTS Plaintiff's implicit request in the Notice (Dkt. 8) to stay pending case related deadlines, stays all pending case-related deadlines for 30 days from the date of this Order, and retains jurisdiction over the matter for 30 days. Plaintiff is ordered to, within 30 days from the date of this Order, file the anticipated Request for Dismissal or a Status Report if such Request for Dismissal is not filed by that time. The Court will dismiss the action and administratively close the case without further notice if no such document is filed within 30 days.

IT IS SO ORDERED.

| Initials of Courtroom Deputy | ARO |
|---|---|